■ MORRIS KESLINGER, Appellant, v. LAWRENCE PESCE et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.

■ BOSTON AND MAINE RAILROAD, Appellant, v. ILLINOIS CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WESLEY JOHNSON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WOODSON, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ CHUGG-CARLIN, INC., Respondent, v. HECKLER ELECTRIC Co., INC., et al., Appellants.— Order and judgment unanimously reversed, on the law, and motion for summary judgment denied, with costs to defendants-appellants. On this record, there is at least a triable issue of fact as to whether the bulk of the fixtures conformed to the samples. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of TWENTIETH CENTURY-FOX FILM CORPORATION, Petitioner, against LAWRENCE E. GEROSA, as Comptroller of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. The reports sought to be made part of the record by petitioner contain no evidentiary matter and merely represent opinions of subordinates which the Comptroller was not bound to follow. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of DANIEL J. SMITH, Petitioner, against STEPHEN P. KENNEDY, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ MILTENBERG & SAMTON, INC., Appellant, v. WINKLER CREDIT CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ LILLIAN WULSER, Respondent, v. FRIEDEL C. PFEIFFER, as Executrix of HENRY C. PFEIFFER, Deceased, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ RAMONA MOJICA et al., Appellants, v. ULRIM REALTY CORP., Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ RUSSELL CARPENTER, an Infant, by DAISY CARPENTER, His Guardian ad Litem, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Judgment unanimously reversed on the facts and on the law, with costs to the appellant, on the ground of the excessiveness of the amount awarded to the infant plaintiff, and a new trial ordered unless plaintiffs stipulate to reduce the verdict in favor of the infant plaintiff to $1,000, in which event the judgment, as so modified, is affirmed, without costs. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.